```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA               ORDER AND JUDGMENT
                                   :
     -v.-                               21 Mag. 8924 (UA)
                                   :
RUDDY THEN,
                                   :
           Defendant.
                                   :
- - - - - - - - - - - - - - - - - X
```

This cause having come on to be heard on the motion of Audrey Strauss, United States Attorney for the Southern District of New York, by Ni Qian, Assistant United States Attorney,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to Rule 46(f) of the Federal Rules of Criminal Procedure:

1. The $50,000 personal recognizance bond (the "Bond") executed by Ruddy Then be and hereby is FORFEITED.

2. Default judgment in the amount of $50,000 in favor of the United States of America and against Ruddy Then be and hereby is ENTERED and the United States of America shall have execution therefor.

SO ORDERED.

Dated:    New York, New York
          Oct. 7, 2021

                                        _____
                                        HONORABLE ONA T. WANG
                                        UNITED STATES MAGISTRATE JUDGE